# THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LYNN E. FELDMAN** : | |
| : | |
| v. : | **NO. 09-02092-ref** |
| : | |
| **CHASE HOME FINANCE, et al.** : | **ELECTRONICALLY FILED** |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw our appearance as co-counsel for Defendant Chase Home Finance LLC in the above-captioned matter.

Respectfully submitted,

/s/ Daniel T. Brier
Daniel T. Brier
John B. Dempsey
MYERS BRIER & KELLY, LLP
425 Spruce Street, Suite 200
Scranton, PA   18503
(570) 342-6100

Dated: March 6, 2014

## **CERTIFICATE OF SERVICE**

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Withdrawal of Appearance was electronically served via the Court's CM/ECF filing system on this 6th day of March, 2014.

Steven M. Coren, Esquire
Kaufman, Coren & Ress, P.C.
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 18103
*Special Counsel for Lynn E. Feldman, Chapter 7 Trustee*

Brian L. Watson, Esquire
Kaufman, Coren & Ress, P.C.
1717 Arch Street, Suite 3710
Philadelphia, PA   19103
*Special Counsel for Lynn E. Feldman, Chapter 7 Trustee*

Joseph F. Yenouskas, Esquire
Kirsten V.K. Robbins, Esquire
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC   20001
*Counsel for First Horizon Home Loans, Corp.*

Joseph A. Dworetzky, Esquire
Ashley Chann, Esquire
John Stapleton, Esquire
John T. Stinson, Jr., Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square
18th & Cherry Streets, 27th Floor
Philadelphia, PA   19103
*Counsel for ABN Amro Mortgage Group, Inc., Principal Residential Mortage and Citimortgage, Inc.*

Martin C. Bryce, Jr., Esquire
Job M. Itzkowitz, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadephia, PA   19103
*Counsel for Wells Fargo Bank, Countrywide Home Loan, Inc., Suntrust Bank and Wells Fargo Home Mortgage*

Edward J. Lesniak, Esquire
Burke, Warren, Mackawy & Serritella, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, IL 60611
*Counsel for Chase Home Finance*

Steven J. Adams, Esquire
Stevens & Lee, P.C.
111 North Sixth Street
Reading, PA   19603
*Counsel for Florida Capital Bank Mortgage, M&T Mortgage Corp., Sovereign Bancorp, Inc., Wachovia Bank, N.A., and Provident Funding Associates, L.P.*

Nicholas Deenis, Esquire
Stradley, Ronon, Stevens & Young, LLP
Great Valley Corporate Center
30 Valley Stream Parkway
Malvern, PA   19355-1481
*Counsel for Federal National Mortgage Association*

Bonnie R. Golub, Esquire
Weir & Partners, LLP
The Widener Building, Suite 500
1339 Chestnut Street
Philadlephia, PA   19107
*Counsel for Fifth Third Bank, GMAC Mortgage, Corp. and Saxon Mortgage, Inc.*

/s/ Daniel T. Brier