IN THE UNITED STATES BANKRUPCTY COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re:<br>IMAGE MASTERS, INC., et al.,<br><br>　　　　　　　　　　Debtors.<br><br>LYNN E. FELDMAN, as Chapter 7 Trustee of the Estate of Image Masters, Inc.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CHASE HOME FINANCE, et al.,<br><br>　　　　　　　　　　Defendant(s). | Chapter 7<br><br>Hon. Richard E. Fehling<br><br>Adv. Pro. No. 09-2092 |

**NOTICE OF APPEARANCE AND DEMAND
FOR SERVICE OF PAPERS PURSUANT TO §1109(b) OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULES 9010 AND 2002**

NOTICE HEREBY IS GIVEN pursuant to Section 1109(b) of Title 11 of the United States Code and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that Parker Ibrahim & Berg LLC appears for and on behalf Chase Home Finance, LLC ("Chase").

NOTICE IS FURTHER GIVEN that Parker Ibrahim & Berg LLC requests that all notices given or required to be given in the above captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in this case, and all notices mailed only to the statutory committees or their authorized agents and to creditors and equity security holders who file with the Court a request that all notices be mailed to them) be given to and served upon

{00165977.DOCX }

Parker Ibrahim & Berg LLC at the following office, post office address and telephone number:

Michael J. Clark, Esq.
**PARKER IBRAHIM & BERG LLC**
7 Penn Center
1635 Market Street, 11th Floor
Philadelphia, PA 19103

270 Davidson Avenue
Somerset, NJ 08873
Phone: 908.725.9700
Fax: 908.333.6230
Email: michael.clark@piblaw.com

*(Please reply to Somerset Address)*

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of (a) Chase's rights to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case, and (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims or actions to which Chase is or may be entitled, in law or in equity, all of which rights, claims, actions and defenses are expressly preserved.

            Respectfully Submitted,

            **PARKER IBRAHIM & BERG LLC**
            *Attorneys for Defendant,*
            Chase Home Finance, LLC


Date: March 18, 2014       By*: s/Michael J. Clark, Esq.*
            Michael J. Clark, Esq.
            Attorney ID:  202929
            7 Penn Center
            1635 Market Street, 11th Floor
            Philadelphia, PA 19103
            (267) 908-9800
            (267) 908-9888
            michael.clark@piblaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: <br> IMAGE MASTERS, INC., et al., <br><br> Debtors. | : <br> : <br> : <br> : <br> : <br> : | Chapter 7 <br><br> Hon. Richard E. Fehling <br><br> Adv. Pro. No. 09-2092 |
| LYNN E. FELDMAN, as Chapter 7 Trustee of the Estate of Image Masters, Inc., <br><br> Plaintiff, <br><br> v. <br><br> CHASE HOME FINANCE, et al., <br><br> Defendant(s). | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | |

### CERTIFICATE OF SERVICE

I, Michael J. Clark, Esq., the undersigned, hereby certify that a true and correct copy of the within Notice of Appearance of Parker Ibrahim & Berg LLC, on behalf of Defendant, Chase Home Finance, LLC was sent by first class, postage prepaid mail or via electronic notification in accordance with the Rules of Bankruptcy Procedure on the date set forth below to the following parties:

> Steven M. Coren, Esq.
> Kaufman, Coren & Ress, P.C.
> Two Commerce Square, Suite 3900
> 2001 Market Street
> Philadelphia, PA 18103
> *Special Counsel for Lynn E. Feldman, Chapter 7 Trustee*

{00165977.DOCX }

Brian L. Watson, Esq.
Kaufman, Coren & Ress, P.C.
1717 Arch Street, Suite 3710
Philadelphia, PA 19103
*Special Counsel for Lynn E. Feldman, Chapter 7 Trustee*

Joseph F. Yenouskas, Esq.
Kirsten V.K. Robbins, Esq.
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001
*Attorneys for First Horizon Home Loans, Corp*

Joseph A. Dworetzky, Esq.
Ashley Chann, Esq.
John Stapleton, Esq.
John T. Stinson, Jr., Esq.
Hangley Aronchick Segal & Pudlin
One Logan Square
18th & Cherry Streets, 27th Floor
Philadelphia, PA 19103
*Attorneys for ABN Amro Mortgage Group, Inc., Principal*
*Residential Mortage and Citimortgage, Inc.*

Martin C. Bryce, Jr., Esq.
Job M. Itzkowitz, Esq.
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
*Attorneys for Wells Fargo Bank, Countrywide Home Loan, Inc.,*
*Suntrust Bank and Wells Fargo Home Mortgage*

Edward J. Lesniak, Esq.
Burke, Warren, Mackawy & Serritella, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, IL 60611
*Co-Counsel for Chase Home Finance*

Steven J. Adams, Esq.
Stevens & Lee, P.C.
111 North Sixth Street
Reading, PA   19603
*Attorneys for Florida Capital Bank Mortgage, M&T Mortgage Corp., Santander Bank, N.A. f/k/a Sovereign Bank Wachovia Bank, NA., and Provident Funding Associates, L.P*

Nicholas Deenis, Esq.
Stradley, Ronon, Stevens & Young, LLP
Great Valley Corporate Center
30 Valley Stream Parkway
Malvern, PA 19355-1481
*Attorneys for Federal National Mortgage Association*

Bonnie R. Golub, Esq.
Weir & Partners, LLP
The Widener Building, Suite 500
1339 Chestnut Street
Philadelphia, PA 19107
*Attorneys for Fifth Third Bank, GMAC Mortgage, Corp.*

          Respectfully Submitted,

          **PARKER IBRAHIM & BERG LLC**
          *Attorneys for Defendant,*
          Chase Home Finance, LLC

Date: March 18, 2014          By: *s/Michael J. Clark, Esq.*
                                        Michael J. Clark, Esq.
                                        Attorney ID:  202929
                                        7 Penn Center
                                        1635 Market Street, 11th Floor
                                        Philadelphia, PA 19103
                                        (267) 908-9800
                                        (267) 908-9888
                                        michael.clark@piblaw.com