# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Miscellaneous Matter No. _____

| | |
|---|---|
| **In re**<br>**IMAGE MASTERS, INC.,** *et al.*,<br>　　　　　Debtors. | **CHAPTER 7**<br>Case No. 07-21587 (REF)<br>Jointly Administered |
| **LYNN FELDMAN, as Chapter 7 Trustee of the Estate of Image Masters, Inc.,** *et al.*,<br>　　　　　Plaintiff,<br>　　　　　v<br>**ABN AMRO MORTGAGE GROUP, INC.,** *et al.*,<br>　　　　　Defendants. | Adv. No. 09-2092 (REF)<br>Administratively and Substantively Consolidated with 09-2143 (REF) |

**MOTION OF DEFENDANTS COUNTRYWIDE HOME LOANS, INC., CITIMORTGAGE, INC., SUNTRUST BANK, WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE, FEDERAL NATIONAL MORTGAGE ASSOCIATION, AND FEDERAL HOME LOAN MORTGAGE CORPORATION FOR WITHDRAWAL OF REFERENCE OF ADVERSARY PROCEEDINGS**

　　　　Defendants Countrywide Home Loans, Inc., CitiMortgage, Inc., SunTrust Bank, Wells Fargo Bank, N.A., Wells Fargo Home Mortgage, Federal National Mortgage Association, and Federal Home Loan Mortgage Corporation hereby move this Court for entry of an order withdrawing the reference of these adversary proceedings from the Bankruptcy Court to this Court, pursuant to 28 U.S.C. § 157(d).

In support of this Motion, the Defendants rely on the accompanying Memorandum of Law.

Counsel for the Defendants conferred with the Trustee's counsel about seeking withdrawal of the reference on or about May 31, 2019. The Trustee declined to joint in this Motion.

Dated: June 14, 2019

/s/ Joseph F. Yenouskas
Joseph F. Yenouskas
GOODWIN PROCTER LLP
901 New York Ave., N.W.
Washington, D.C. 20001
Tel: (202) 346-4000
Fax: (202) 346-4444
jyenouskas@goodwinlaw.com

*Attorney for Countrywide Home Loans, Inc., Bank of New York, and Park Granada LLC*

/s/ Matthew A. Hamermesh
Matthew A. Hamermesh
Jason A. Levine
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
Tel: (215) 496-7014
mhamermesh@hangley.com

*Attorneys for CitiMortgage, ABN Amro Mortgage Group, Inc., and Principal Residential Mortgage*

/s/ Martin C. Bryce, Jr.
Martin C. Bryce, Jr.
BALLARD SPAHR ANDREWS & INGERSOL
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel: (215) 864-8238
bryce@ballardspahr.com

*Attorneys for SunTrust Bank and Wells Fargo Home Mortgage*

/s/ Michael J. Cordone
Michael J. Cordone
Michael D. O'Mara
STRADLEY RONON STEVENS & YOUNG
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Phone: 215.564.8000
Fax: 215.564.8120
momara@stradley.com

*Counsel for Federal National Mortgage Association*

2

*/s/ Robert M. Greenbaum*
Robert M. Greenbaum
SMITH KANE, LLC
112 Moores Road
Suite 300
Malvern, PA 19355
(610) 407-7216
rgreenbaum@sgllclaw.com

*Counsel for Federal Home Loan Mortgage Corporation*

*/s/ Kenton W. Hambrick*
Kenton W. Hambrick
FEDERAL HOME LOAN MORTGAGE CORPORATION
Associate General Counsel
8200 Jones Branch Drive
McLean, VA 22102
Tel: 703.903.2473
Kenton_Hambrick@freddiemac.com

*Attorneys for Federal Home Loan Mortgage Corporation*