## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**IMAGE MASTERS, INC.,** *et al.*<br><br>Debtors. | **CHAPTER 7**<br><br>**Case No. 07-21587(MDC)**<br><br>**Jointly Administered** |
| **LYNN FELDMAN, as Chapter 7 Trustee of the Estate of Image Masters, Inc.,** *et al.*<br>**Plaintiff,**<br><br>v.<br><br>**ABN AMRO MORTGAGE GROUP, INC.,** *et al.*,<br>**Defendants.** | **Adv. Nos. 09-2092(MDC)**<br><br>**Administratively and Substantively Consolidated with 09-2143(MDC)** |

**MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN EXHIBITS
ATTACHED TO PLAINTIFF'S OMNIBUS MEMORANDUM OF LAW IN
OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Trustee-Plaintiff Lynn Feldman ("Plaintiff") hereby moves this Court for entry of an order authorizing Plaintiff to file under seal the Designated Exhibits (defined herein), attached to her Omnibus Memorandum of Law in Opposition to Defendants' Motions for Summary Judgment, filed contemporaneously herewith, and in support thereof states as follows:

1.      This Court set June 17, 2019 as the deadline for Plaintiff to file her response to the Defendants' Motions for Summary Judgment (the "Motions"). *See* Doc. No. 348.

2.      Plaintiff is on the date of this motion filing an Omnibus Memorandum of Law in Opposition to Defendants' Motions for Summary Judgment (the "Opposition").

3.      On December 19, 2014, this Court entered an Order Amending Agreed Confidentiality and Protective Order (Doc. No. 178) (the "Confidentiality Order") that preserves

1

the confidentiality of various protected documents produced in discovery or otherwise used in

this action.

4.      In support of her Opposition to the Defendants' Motions, Plaintiff is submitting

the Declaration of Francis X. Lane ("Lane Declaration") and accompanying exhibits.  Certain

exhibits have been designated by the Defendants or by Plaintiff as "Confidential" or "Attorneys'

Eyes Only" pursuant to the Confidentiality Order:

| | | | |
|---|---|---|---|
| EXHIBIT 7 | EXHIBIT 40 | EXHIBIT 67 | EXHIBIT 93 |
| EXHIBIT 8 | EXHIBIT 41 | EXHIBIT 68 | EXHIBIT 94 |
| EXHIBIT 9 | EXHIBIT 42 | EXHIBIT 69 | EXHIBIT 95 |
| EXHIBIT 10 | EXHIBIT 43 | EXHIBIT 70 | EXHIBIT 96 |
| EXHIBIT 11 | EXHIBIT 44 | EXHIBIT 71 | EXHIBIT 97 |
| EXHIBIT 14 | EXHIBIT 45 | EXHIBIT 72 | EXHIBIT 98 |
| EXHIBIT 15 | EXHIBIT 46 | EXHIBIT 73 | EXHIBIT 99 |
| EXHIBIT 16 | EXHIBIT 47 | EXHIBIT 74 | EXHIBIT 100 |
| EXHIBIT 17 | EXHIBIT 48 | EXHIBIT 75 | EXHIBIT 101 |
| EXHIBIT 18 | EXHIBIT 49 | EXHIBIT 76 | EXHIBIT 102 |
| EXHIBIT 19 | EXHIBIT 50 | EXHIBIT 77 | EXHIBIT 103 |
| EXHIBIT 25 | EXHIBIT 51 | EXHIBIT 78 | EXHIBIT 104 |
| EXHIBIT 26 | EXHIBIT 52 | EXHIBIT 79 | EXHIBIT 105 |
| EXHIBIT 27 | EXHIBIT 53 | EXHIBIT 80 | EXHIBIT 106 |
| EXHIBIT 28 | EXHIBIT 54 | EXHIBIT 81 | EXHIBIT 107 |
| EXHIBIT 29 | EXHIBIT 55 | EXHIBIT 82 | EXHIBIT 108 |
| EXHIBIT 30 | EXHIBIT 56 | EXHIBIT 83 | EXHIBIT 109 |
| EXHIBIT 31 | EXHIBIT 57 | EXHIBIT 84 | EXHIBIT 110 |
| EXHIBIT 32 | EXHIBIT 58 | EXHIBIT 85 | EXHIBIT 111 |
| EXHIBIT 33 | EXHIBIT 59 | EXHIBIT 86 | EXHIBIT 112 |
| EXHIBIT 34 | EXHIBIT 60 | EXHIBIT 87 | EXHIBIT 113 |
| EXHIBIT 35 | EXHIBIT 62 | EXHIBIT 88 | EXHIBIT 114 |
| EXHIBIT 36 | EXHIBIT 63 | EXHIBIT 89 | EXHIBIT 115 |
| EXHIBIT 37 | EXHIBIT 64 | EXHIBIT 90 | EXHIBIT 116 |
| EXHIBIT 38 | EXHIBIT 65 | EXHIBIT 91 | EXHIBIT 117 |
| EXHIBIT 39 | EXHIBIT 66 | EXHIBIT 92 | EXHIBIT 118 |

The above-listed exhibits are referred to herein as the "Designated Exhibits."

5.      As the Designated Exhibits have been designated by the parties as "Confidential"

and/or "Attorneys' Eyes Only" under the Confidentiality Order, Plaintiff seeks to file them under

seal.  The Designated Exhibits consist of Defendants' Rule 30(b)(6) testimony and certain other

2

documents produced by the Defendants or Plaintiff. Many of the Designated Exhibits are loan-related documents containing non-public personal information regarding victims of the Image Masters Ponzi scheme.

6.     Plaintiff respectfully requests that this Court enter an order allowing her to file the Designated Exhibits only under seal.

7.     Sufficient information is contained in the publicly-filed Opposition and other non-confidential exhibits attached to the Lane Declaration to support and explain the basis for Plaintiff's Opposition to the Defendants' Motions. The Designated Exhibits simply contain specific supporting materials for information that is otherwise publicly filed.

8.     For the foregoing reasons, this Court should allow Plaintiff to file the Designated Exhibits only under seal.

WHEREFORE, Trustee-Plaintiff Lynn Feldman respectfully requests that this Court enter an Order allowing her to file the Designated Exhibits only under seal.


Dated: June 17, 2019                    KAUFMAN, COREN & RESS, P.C.

                                        /s/ Steven M. Coren
                                        Steven M. Coren, Esquire
                                        Francis X. Lane, Esquire
                                        Two Commerce Square
                                        2001 Market Street, Suite 3900
                                        Philadelphia, PA 19103
                                        Tel: (215) 735-8700
                                        Fax: (215) 735-5170

                                        *Special Counsel for Lynn Feldman,
                                        Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**IMAGE MASTERS, INC.,** *et al.*<br><br>Debtors. | **CHAPTER 7**<br><br>**Case No. 07-21587(MDC)**<br><br>**Jointly Administered** |
| **LYNN FELDMAN, as Chapter 7 Trustee of the Estate of Image Masters, Inc.,** *et al.*<br>Plaintiff,<br><br>v.<br><br>**ABN AMRO MORTGAGE GROUP, INC.,** *et al.*,<br>Defendants. | **Adv. Nos. 09-2092(MDC)**<br><br>**Administratively and Substantively Consolidated with 09-2143(MDC)** |

**ORDER**

AND NOW, this ___ day of _____, 2019, upon consideration of Plaintiff's

Motion for Leave to File Under Seal Certain Exhibits Attached to Plaintiff's Omnibus

Memorandum of Law in Opposition to Defendants' Motions for Summary Judgment, **IT IS**

**HEREBY ORDERED** that the motion is **GRANTED**.  Plaintiff is authorized to file the

following Exhibits only under seal:

| | | | |
|---|---|---|---|
| EXHIBIT 7 | EXHIBIT 26 | EXHIBIT 38 | EXHIBIT 50 |
| EXHIBIT 8 | EXHIBIT 27 | EXHIBIT 39 | EXHIBIT 51 |
| EXHIBIT 9 | EXHIBIT 28 | EXHIBIT 40 | EXHIBIT 52 |
| EXHIBIT 10 | EXHIBIT 29 | EXHIBIT 41 | EXHIBIT 53 |
| EXHIBIT 11 | EXHIBIT 30 | EXHIBIT 42 | EXHIBIT 54 |
| EXHIBIT 14 | EXHIBIT 31 | EXHIBIT 43 | EXHIBIT 55 |
| EXHIBIT 15 | EXHIBIT 32 | EXHIBIT 44 | EXHIBIT 56 |
| EXHIBIT 16 | EXHIBIT 33 | EXHIBIT 45 | EXHIBIT 57 |
| EXHIBIT 17 | EXHIBIT 34 | EXHIBIT 46 | EXHIBIT 58 |
| EXHIBIT 18 | EXHIBIT 35 | EXHIBIT 47 | EXHIBIT 59 |
| EXHIBIT 19 | EXHIBIT 36 | EXHIBIT 48 | EXHIBIT 60 |
| EXHIBIT 25 | EXHIBIT 37 | EXHIBIT 49 | EXHIBIT 62 |

| | | | |
|---|---|---|---|
| EXHIBIT 63 | EXHIBIT 77 | EXHIBIT 91 | EXHIBIT 105 |
| EXHIBIT 64 | EXHIBIT 78 | EXHIBIT 92 | EXHIBIT 106 |
| EXHIBIT 65 | EXHIBIT 79 | EXHIBIT 93 | EXHIBIT 107 |
| EXHIBIT 66 | EXHIBIT 80 | EXHIBIT 94 | EXHIBIT 108 |
| EXHIBIT 67 | EXHIBIT 81 | EXHIBIT 95 | EXHIBIT 109 |
| EXHIBIT 68 | EXHIBIT 82 | EXHIBIT 96 | EXHIBIT 110 |
| EXHIBIT 69 | EXHIBIT 83 | EXHIBIT 97 | EXHIBIT 111 |
| EXHIBIT 70 | EXHIBIT 84 | EXHIBIT 98 | EXHIBIT 112 |
| EXHIBIT 71 | EXHIBIT 85 | EXHIBIT 99 | EXHIBIT 113 |
| EXHIBIT 72 | EXHIBIT 86 | EXHIBIT 100 | EXHIBIT 114 |
| EXHIBIT 73 | EXHIBIT 87 | EXHIBIT 101 | EXHIBIT 115 |
| EXHIBIT 74 | EXHIBIT 88 | EXHIBIT 102 | EXHIBIT 116 |
| EXHIBIT 75 | EXHIBIT 89 | EXHIBIT 103 | EXHIBIT 117 |
| EXHIBIT 76 | EXHIBIT 90 | EXHIBIT 104 | EXHIBIT 118 |

**SO ORDERED.**

_____

COLEMAN, J.

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**IMAGE MASTERS, INC.,** *et al.*<br><br>Debtors. | **CHAPTER 7**<br><br>**Case No. 07-21587(MDC)**<br><br>**Jointly Administered** |
| **LYNN FELDMAN, as Chapter 7 Trustee of the Estate of Image Masters, Inc.,** *et al.*<br>Plaintiff,<br><br>v.<br><br>**ABN AMRO MORTGAGE GROUP, INC.,** *et al.*,<br>Defendants. | **Adv. Nos. 09-2092(MDC)**<br><br>**Administratively and Substantively Consolidated with 09-2143(MDC)** |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I have, on this 17th day of June, 2019, caused to be served the foregoing Motion for Leave to File Under Seal Certain Exhibits Attached to Plaintiff's Omnibus Memorandum of Law in Opposition to Defendants' Motions for Summary Judgment upon all counsel registered to receive electronic notices in this adversary proceeding.

*/s/* Steven M. Coren
Steven M. Coren